Form OSDH3002 (12/20)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: )<br>David T Auld )<br>Connie F Auld )<br>aka Connie Auld )<br>Debtor(s). ) | Case No. <u>14–03223</u> |

## ORDER SETTING DEADLINES AND HEARING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1

Creditor: U.S. Bank Trust, N.A. c/o SN Servicing Corp.

Date of hearing: 7/14/21

Time of hearing: 09:30 AM

Location: Courtroom 2 West, John Archibald Campbell US Courthouse, 113 St. Joseph Street, Mobile, AL

The chapter 13 trustee or the debtor(s) has filed a notice of final cure payment pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f). The above–listed mortgage claim holder ("the creditor") must file a response to the notice of final cure payment pursuant to Bankruptcy Rule 3002.1(g) within 21 days after service of that notice. The trustee or the debtor(s) must then file a motion to determine mortgage final cure payment pursuant to Bankruptcy Rule 3002.1(h) within 21 days after service of the creditor's response. The trustee or the debtor(s) should file this motion regardless of whether the creditor timely responds to the notice of final cure.

The court will hold a hearing to determine whether the debtor(s) has cured the default and paid all required postpetition amounts at the time and place listed above. If the creditor fails to file the response required by Bankruptcy Rule 3002.1(g), the court may (1) preclude the creditor from presenting the omitted information as evidence at the hearing on the motion to determine, unless the court determines that the failure was substantially justified or is harmless, or (2) award other appropriate relief, including reasonable expenses and attorney's fees caused by the failure.

Date: 4/20/21

                                                         HENRY A. CALLAWAY
                                                        CHIEF U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

## IMPORTANT NOTICE

Because of the COVID–19 pandemic, the U.S. Bankruptcy Court for the Southern District of Alabama has conducted all hearings telephonically since mid–March 2020. This includes motion dockets, meetings of creditors, and confirmation hearings. At the time this notice is being issued, the court is still conducting all hearings telephonically and the court has not yet determined when it will return to in–person hearings.

***Do not come to court*** before you have contacted your lawyer or consulted the court's website at www.alsb.uscourts.gov to find out whether the court is conducting your hearing in person or telephonically. The website will also have the telephone number to call for a telephonic hearing. If you have any questions, call the clerk's office at (251) 441–5391.